FILED
APR - 1 2010
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

KATHYRN E. MUNSON,

    Plaintiff,

v.                                          Civil Action No. 1:08-CV-211
                                          (Judge Keeley)

JOHN POTTER, Postmaster General,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO FILE UNREDACTED DOCUMENTS UNDER SEAL

The Defendant having moved the Court, pursuant to the E-Government Act of 2002, to file unredacted documents under seal herein, more specifically **Exhibits 1, 4-17, 19-23, and 26 (and all their Attachments)** of the Defendant's *Memorandum in Support of Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment* offered in support of the *Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment*, and having lodged the same with the Clerk of this Court, and it appearing to the Court that good cause and sufficient grounds exist for the Defendant's Motion, it is accordingly

**ORDERED** that **Exhibits 1, 4-17, 19-23, and 26 (and all their Attachments)** filed in support of *Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment*, as set forth and identified in the Defendant's Motion and currently lodged with the Clerk of this Court, be filed under seal by the Clerk to be retained by the Court as part of the record herein.

DATE: April 1, 2010

Irene M. Keeley
**UNITED STATES DISTRICT JUDGE**