IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUL 13 2010
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

KATHYRN E. MUNSON,

    Plaintiff,

v.

                              Civil Action No. 1:08-CV-211
                              (Judge Keeley)

JOHN POTTER, Postmaster General,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE UNREDACTED DOCUMENTS UNDER SEAL

The Defendant having moved the Court, pursuant to the E-Government Act of 2002, to file unredacted documents under seal herein, more specifically the Attachment, **Part One, Part Two, and Part Three** of the *Defendant's Objections to Plaintiff's Amended Exhibit List,* and having lodged the same with the Clerk of this Court, and it appearing to the Court that good cause and sufficient grounds exist for the Defendant's Motion, it is accordingly

**ORDERED** that the Attachment, **Part One, Part Two, and Part Three** to filed with *Defendant's Objections to Plaintiff's Amended Exhibit List,* and currently lodged with the Clerk of this Court, be filed under seal by the Clerk to be retained by the Court as part of the record herein.

DATE: July 13, 2010

                                                UNITED STATES DISTRICT JUDGE