## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| KATHYRN E. MUNSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:08-CV-211 |
| | )   (Judge Keeley) |
| JOHN POTTER, POSTMASTER GENERAL, | ) |
| | ) |
|     Defendant. | |

### NOTICE TO THE COURT

NOW COMES the plaintiff, by counsel, on behalf of all the parties, and informs the Court that the parties have reached a settlement in the instant case, and that the parties will file a Stipulation of Dismissal in the very near future.

    Respectfully submitted,

    KATHYRN E. MUNSON
    By Counsel
    PATRICK HENRY LLP


By:_____/s/__ Richard E. Patrick_____
    Richard E. Patrick
    WV Bar ID #10491
    Counsel for the Plaintiff
    PATRICK HENRY LLP
    7619 Little River Turnpike, Suite 340
    Annandale, Virginia  22003
    (703) 256-7754-Telephone
    (703) 256-7883-Fax
    rpatrick@patrickhenry.net

        Robert T. Goldenberg
        Goldenberg, Goldenberg & Stealey, PLLC
        The Rivers Office Park
        200 Star Avenue, Suite 222
        Parkersburg, West Virginia 26101
        (304) 485-4516-Telephone
        (304) 485-7222-Facsimile
        bob@ggslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July, 2010 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following to:

        Rita R. Valdrini, Esquire
        WV Bar ID 7864
        Counsel for Defendant
        United States Attorney's Office
        1125 Chapel Street, Suite 3000
        Wheeling, WV 26003
        (304) 234-0100-Telephone
        (304) 234-0112-Facsimile
        rvaldrini@usdoj.gov

        _____/s/Richard E. Patrick_____
        Richard E. Patrick
        WV Bar ID# 10491
        Counsel for Plaintiff
        PATRICK HENRY LLP
        7619 Little River Turnpike, Suite 340
        Annandale, Virginia 22003
        (703) 256-7754-Telephone
        (703) 256-7883-Facsimile
        rpatrick@patrickhenry.net